**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ECKARD LAND & ACQUISITION, L.L.C., et al.,**

**Plaintiffs,**

**v.** **CASE NO. 3:26-cv-3829-MCR-ZCB**

**BRUCE COMPTON,**

**Defendant.**
______________________________/

# ORDER

Plaintiffs Eckard Land & Acquisition, L.L.C. and Eckard Exploration & Production, L.L.C. (collectively, "Eckard") filed suit in this Court against Defendant Bruce Compton for alleged violations of the Federal Defend Trade Secrets Act ("DTSA"). ECF Nos. 1 & 13. Plaintiffs are also co-plaintiffs in a separate albeit similar case currently pending before a Texas state court.[1] The Texas case names several defendants, including FourSite Capital, L.L.C. d/b/a FourSite Energy, a company owned in part by Compton.

[1] The Collin County, Texas, trial court case is styled, *Eckard Land & Acquisition, L.L.C., et al. v. Harbott Minerals, L.L.C., et al.*, Case No. 471-03419-2024. Per Compton, the docket is electronically available at https://apps2.collincountytx.gov/JudicialOnlineSearch2/case/42d4f569-e2c0-48c9-b24a-938e37243211. The interlocutory appellate docket with Texas's Fifth District Court of Appeals is electronically available at https://search.txcourts.gov/Case.aspx?cn=05-25-01304-CV&coa=coa05.

Compton has filed an Amended Motion to Dismiss the First Amended Complaint arguing that this action should be dismissed pursuant to federal claim-splitting and/or abstention doctrines because (1) his ownership stake in FourSite establishes his privity with the company and (2) the Texas case against FourSite is based on the same facts alleged here. ECF No. 16. He further argues that discovery in this case should be stayed, pending a ruling on the motion. ECF No. 25.

In narrow circumstances, a federal court may abstain from hearing a federal action that involves substantially the same parties and substantially the same issues as a pending parallel state proceeding. *Rayonier Performance Fibers, LLC v. City of Fernandina Beach*, No. 3:25-cv-343-PBD, 2025 WL 404509 (M.D. Fla. Sept. 2, 2025) (internal references omitted). In this case, given the posture of the Texas state court proceedings, the Court will defer ruling on the Amended Motion to Dismiss and stay further proceedings until such time as the Texas appellate proceedings have run their course, including the pending appeal of the trial court's order denying FourSite's motion to dismiss for lack of personal jurisdiction (which was reversed by the 5th DCA on August 18, 2026) and any motions to dismiss or appeals of orders that have been or may be entered by the trial court on Eckard's Fourth Amended Petition filed on September 25, 2026, still naming FourSite as a party. In other words, until the Texas courts decide whether the underlying state case can continue

with FourSite as a named defendant,[2] this Court will not entertain Compton's claim-splitting and/or abstention arguments.[3] *See* ECF No. 16.

Accordingly, all proceedings in this action are **STAYED** until further order of the Court. Compton's Motion to Stay Discovery, ECF No. 25, is thus **TERMINATED** as moot. Compton's previous motion to dismiss, ECF No. 9, is likewise **TERMINATED** as moot, as the initial complaint to which the motion was directed is no longer the operative complaint. Eckard is directed to notify the Court on or before November 30, 2026, of the status of the Texas court proceedings. Once the Texas courts have settled the question of whether personal jurisdiction over FourSite exists in Texas, this Court will schedule further briefing and perhaps oral argument on Compton's claim splitting/abstention arguments. However, at this time, the Amended Motion to Dismiss, ECF No. 16, is **DENIED** as premature but with leave to refile after the Court lifts the stay.

---

[2] Following the Texas 5th DCA's August 18, 2026, Judgment, Eckard filed two motions for extensions of time to file a petition for review with the Texas Supreme Court, extending the deadline to November 2, 2026. *See Donarski, et al.*, *v. Eckard Land & Acquisition, L.L.C.*, Case No. 05-25-01304-cv (Tx. App.–Dallas, Sept. 28, 2026). FourSite filed a motion in the appellate court seeking immediate issuance of a mandate or, alternatively, a stay of the trial court proceedings. *Id.* The appellate court denied the motion because Eckard's deadline to file a petition for review had not expired, precluding a ruling at this time. *Id.* at Sept. 30, 2026.

[3] *See Eckard Land & Acquisition, L.L.C., et al. v. Harbott Minerals, L.L.C., et al.*, Case No. 471-03419-2024.

**DONE AND ORDERED** this 20th day of October 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**